IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BILLIE KLESCH-SHEERAN,** individually and on behalf of all similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-0530-M |
| **JCHO SURVEYOR AND QHR CONSULTANT CORP d/b/a THE JOINT COMMISSION and d/b/a JOINT COMMISSION ON ACCREDITATION OF HEALTHCARE ORGANIZATIONS,** a foreign corporation, | § § § § § § § § | |
| Defendants. | § | |

### JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT UNDER SEAL ("SEALING MOTION")

COME NOW, Plaintiffs and Defendants, by and through their respective attorneys, and submit the following to the Court:

The parties are pleased to report to the Court that a confidential settlement has been reached in this case. A key and material term of the settlement is that the terms of the settlement be kept confidential. This Joint Motion to File Confidential Settlement Under Seal is intended to effectuate the agreement of the Parties and allow for a confidential and amicable final resolution to the dispute.

Because the local rules require the parties to seek the Court's permission to file documents under seal, the parties hereby request that they be permitted to file the Confidential Settlement Agreement under seal and that an Order instructing the Clerk will issue forth permitting the sealed filing.

Dated: December 19, 2016

**Respectfully submitted,**

By: */s/ Michael L. Sullivan*
   **Michael L. Sullivan**
Admitted Pro Hac Vice
**Kristen A. Jones**
Admitted Pro Hac Vice
**GOLDBERG KOHN LTD.**
55 East Monroe, Suite 3300
Chicago, IL 60603
michael.sullivan@goldbergkohn.com
kristen.jones@goldbergkohn.com
312-201-4000
312-863-7463 (Fax)

**Albert A. Carrion**
**HUSCH BLACKWELL LLP**
111 Congress Ave, Suite 1400
Austin, TX 78701-4043
Texas Bar No. 03883100
Albert.Carrion@huschblackwell.com
512-472-5456
512-479-1101 (Fax)

**Kevin Koronka**
**HUSCH BLACKWELL LLP**
2001 Ross Ave, Suite 2000
Dallas, TX 75201-6929
Texas Bar No. 24047422
kevin.koronka@huschblackwell.com
214-999-6100
214-999-6170 (Fax)

**ATTORNEYS FOR DEFENDANTS**

By: */s/ J. Derek Braziel*
   **J. Derek Braziel**
Texas Bar No. 00793380)
jdbraziel@l-b-law.com
**Jesse Hamilton Forester**
Texas Bar No. 24087532
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, TX 75202
forester@l-b-law.com
(214) 749-1400
(214) 749-1010 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record.

                               */s/ J. Forester*
                               **J. Forester**